**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**VERONICA GONZALEZ-CARMONA,**

      *Petitioner*,

 v.                                     **Case No.: 4:25cv158-MW/MAL**

**WARDEN FCI TALLAHASSEE,**

      *Respondent.*

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition under 28 U.S.C. § 2241, ECF No. 2, is **DENIED** as it is without merit. Alternatively, the petition is subject to dismissal for Petitioner's failure to exhaust her administrative remedies." The Clerk shall close the file.

    **SO ORDERED on June 3, 2026.**

                    **s/Mark E. Walker**_____
                    **United States District Judge**